JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Phone: 775-784-5438
Randy.StClair@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL E. COPELAND,<br><br>Defendant. | 3:22-mj-00161-CSD<br><br>**Government's Motion to Dismiss and Order [Citation No. 09953504/N17B]** |

Please take notice that Plaintiff United States of America hereby moves to dismiss the citation without prejudice.

DATED this 20th day of December 2022.

Respectfully submitted,

JASON FRIERSON
United States Attorney

*/s/ Randolph J. St. Clair*
RANDOLPH J. ST. CLAIR

IT IS THEREFORE ORDERED that the CITATION against MICHAEL E. COPELAND is hereby DISMISSED.

Dated this 21st day of December 2022.

CRAIG S. DENNEY
U.S. Magistrate Judge